O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK SANCHEZ, | ) | Case No. EDCV 09-642-VAP (DTB) |
| Petitioner, | ) ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND |
| vs. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DARRYL ADAMS, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: May 20, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE