JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SANCHEZ, | Case No. EDCV 09-642-VAP (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DARRYL ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 20, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE